IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD W. CLARK,

        Plaintiff,

v.

JP MORGAN CHASE BANK, N.A
and MEDIATION CASE MANAGER,

        Defendants.

Civ. No. 6:19-cv-01020-MK

ORDER

MCSHANE, Judge:

      Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 21), and the matter is now before the Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 21) is adopted. Plaintiff's Motion to Remand (ECF No. 16) is DENIED. Defendant JP Morgan Chase's Request for Judicial Notice (ECF No. 13) is GRANTED. Defendant JP Morgan Chase's Motion to Dismiss (ECF No. 12) is GRANTED in part as to the claims of declaratory judgment and the violation of the Unfair Trade Practices Act and DENIED in part as to the preliminary injunction claim. The case is DISMISSED with prejudice.

1 –ORDER

IT IS SO ORDERED.

DATED this 10th day of January, 2020.

                                             /s/ Michael J. McShane
                                              Michael McShane
                                      United States District Judge